*original*

# In The United States District Court For The District of Delaware

BRUCE M. RICKARDS,

      Plaintiff,

vs.

EASTERN SHORE CHICKEN FARM LLC, a limited liability company of the State of Delaware;

      Defendant.

C.A. No. 06-799

FILED
2006 DEC 29 PM 3:56
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion to Refrain / "STOP."

Mr. Bruce M. Rickards or any of his family – friend(s), agent(s), or representative(s); from entering / trespassing on the property in Question,. Actual Address; is Eastern Shore Chicken Farm, LLC., of 32066 McCary Road, Frankford, Delaware 19945.

Duc Ngo

Tina Ngo
P.O. Box 1374
Ocean View, Delaware 19970
(New address – for safety reasons)

DATE Dec 29 - 06