# In The United States District Court For The District of Delaware

BRUCE M. RICKARDS,

        Plaintiff,

C.A. No. ___0 6 _ 7 9 9___

vs.

EASTERN SHORE CHICKEN FARM LLC, a limited liability company of the State of Delaware;

        Defendant.

FILED
2006 DEC 29  PM 3: 56
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion to Refrain

Mr. Bruce M. Rickards or any of his Representatives / Agent(s) and or family member(s) from any illcit – prosecutable – Revenge / Vindictive Retaliatory Measure(s),. For us simply filing this litigation on our own behalf's,.

for    Listed defendant(s), will not at this time, legally, constitutionally petition,

{i}.    Motion for a "Receiver", Per se,.

        _____
        Duc Ngo

        _____
        Tina Ngo
        P.O. Box 1374
        Ocean View, Delaware 19970
        **(New address – for safety reasons)**

DATE _Dec 29 - 06_