# In The United States District Court For The District of Delaware

BRUCE M. RICKARDS,

        Plaintiff,

vs.

EASTERN SHORE CHICKEN FARM LLC, a limited liability company of the State of Delaware;

        Defendant.

C.A. No. $-06-799-$

2006 DEC 29 PM 3:54
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## "Motion"

For competent Federal - Bar; Legal Counsel in this Matter; To assure constitutional, Inalienable Equal – Justice under the law,.

This motion shall be lawfully norally – ethically, "G R A N T E D", in the lawful interest of Justice and due to; We Duc Ngo and Tina Ngo do expect to be unequivocally victorious, in this matter, so please See Here – under; 42 U.S.C.A. Section 1988.

Vindication of "Civil – Right's" we are legally vehemently Requesting; competent "Federal – Bar" Legal Counsel, in this legal matter.

_____ Ngo
Duc Ngo

_____
Tina Ngo
P.O. Box 1374
Ocean View, Delaware 19970
**(New address – for safety reasons)**

DATE _Dec 29. 06_