# In The United States District Court For The District of Delaware

BRUCE M. RICKARDS,

            Plaintiff,

vs.

EASTERN SHORE CHICKEN FARM
LLC, a limited liability company of the
State of Delaware;

            Defendant.

C.A. No. 06-799

FILED
2006 DEC 29 PM 3:54
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**In the lawful interest of Justice;**

Motion for an immediate mortgage Moratorium, to temporarily "Stop." The suspect Hood – winked former – Heretofore contractual agreement between; Bruce M. Rickards and Duc Ngo, and Tina Ngo

This motion shall be Granted, in the lawful interest of Justice, and due to; {A}. The, former contractual agreement from; between Mr. Bruce M. Rickards, and Duc Ngo and Tina Ngo is / or will be ultimately legally "VOID,." Due to Exact – detrimental Breache(s) of contract of; Mr. Bruce M. Rickards including but "NOT" – Limited to; "FRAUD" as see;

1.     " **Property**" -- Unconscionable and breached issue, Mr. Bruce M. Rickards,

through his own **ACTIONABLE NEGLIGENCE**, illegally sold Mr. Duc Ngo and Tina Ngo real estate property of Tax Map No. **Dist: 533 Map: 5.00 parcel: 0044**, IN the INITIAL "Agreement of Sale" **AGREEMENT** dated June 30, 2005. This property is owned by Mrs. Marilyn L. Wood and Mr.. Robert W. Wood **and not** Mr. Bruce M. Rickards. See attached **Exhibit A and B, THEN** compare to the **INITIAL** "Agreement of Sale" agreement dated June 30, 2005, thereon page one (1) under **"WITNESSETH:"** number one (1) "Property". Furthermore, in this "Agreement of Sale", see pages three (3) and four (4), term number five (5) **"Deed and Title"** - it states, " In the event title is not a good, marketable fee simple title, **free and clear** of all liens and encumbrances, as aforesaid, Purchaser may **TERMINATE** this Agreement and thereupon all payments made by Purchaser pursuant to this contract **shall be returned** to him forthwith and the parties hereto shall be under no further obligation hereunder". PLEASE TAKE LEGAL NOTICE: Therefore, for one reason, Due Ngo and Tina Ngo, are demanding to be paid back to them, their **ONE MILLION TWO HUNDRED THOUSAND DOLLARS ($ 1, 200, 000.00)** and any other money and/or items under the law, at this point in time.

4. "Inclusions/Completion of renovations" Unconscionable and breached issue, Mr. Bruce M. Rickards, a white man business through his own

**ACTIONABLE NEGLIGENCE**, illegally sold three house **trailers to be lived in**, to Duc Ngo and Tina, in the State of Delaware, without titles. Mr. Bruce M. Rickards also breached the June 30, 2005 unconscionable agreement by not giving, bill of sales to Duc Ngo and Tina Ngo, for the three house trailers **as promised** in this **AGREEMENT**. Furthermore, Mr. Bruce M. Rickards in his "Bill Of Sale" dated October 26, 2005, did not include an serial Number for the listed "Equipment", this bill of Sale is Unconscionable to Duc Ngo and Tina Ngo. **See attached Exhibit C**, and compare to this June 30, 2005, unconscionable agreement page one (1) tern number two (2).

5. There is an agent/representative of poultry **CONGLOMERATE** Perdue indirectly / directly ENTANGLED in this; based out of Salisbury, MD. This company knows Mr. Bruce M. Rickards. This agent/representative of this company for some reason allow me, (Duc Ngo) to use a soap for chicks, which PERDUE **did not** provide, therefore, PERDUE's agent/representative allowed me, (Duc Ngo) to believe that as long as supplies' ingredients are the same, this practice is proper. Furthermore, now PERDUE wants me, (Duc Ngo) to sign a PERDUE document which will place this **ACTIONABLE NEGLIGENCE**, only on me, (Duc Ngo) and not PERDUE's agent/representative, this attempted act is wrong and I, (Duc Ngo) refused to sign. **See attached Exhibit D**, also **see attached Exhibit E**, a Deed from Mr. Bruce M. Rickards, wanting Duc Ngo and Tina Ngo to sell Eastern Shore Chicken Farm, LLC, back to him for the TOTAL SUM OF

ONE (1) DOLLARS. **For the Record, Mr. Bruce M. Rickards *is* not a Blood Kin to the Ngo's family, therefore, this act of one (1) dollars may be for tax issues.** *All acts in this paragraph are before December 28, 2006.*

4. Mr. Bruce M. Richards, at first knew, that the only way that, Duc Ngo and Tina Ngo can **afford to pay** for Eastern Shore Chicken Farm LLC, is through his Unconscionable June 30, 2005, "Agreement of Sale" agreement and through PERDUE's Poultry Producer Agreement and therefore, understood the very, very high RISK, for Duc Ngo and Tina Ngo. Mr. Bruce N. Rickards and/or his agents goes onto Eastern Shore Chicken Farm LLC, looking for problems this is Unconscionable, an independent agent would be needed here, free from the control of Mr. Bruce M. Rickards' **INFLUENCE**. Mr. Bruce M. Rickards after looking for problems on Eastern Shore Chicken Farm LLC, filed a lawsuit on November 17, 2006, but Duc Ngo and Tina Ngo was not served for some reason until December 12, 2006. This lawsuit allows Mr. Bruce M. Rickards in his Unconscionable, June 30, 2005, "Agreement of Sale" agreement thereon page six (6) under term number fifteen (15) "Seller Default", to claim, **"... and Purchaser shall not also be in default,..."**

5.  I, (Duc Ngo) was told that, Mr. Bruce M. Rickards and PERDUE are planning to put chicks in Eastern Shore Chicken Farm LLC's 26 chicken houses without Duc Ngo and Tina Ngo's **approval** and <u>**No**</u> **Court Ruling**, as to date, December 28, 2006, if, true by record of action and/or witnesses, therefore this act is **UNCONSTITUTIONAL**.

_____
Duc Ngo

_____
Tina Ngo
P.O. Box 1374
Ocean View, Delaware 19970
**(New address – for safety reasons)**

DATE Dec 29, 06