IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Mr. Bruce M. Rickards :
          :   C.A. No.: ___ 0 6 – 7 9 9 –
          :
   Plaintiff, :
          :
  v. :
          :
Eastern Shore Chicken Farm LLC, :
A limited liability company of the :
State of Delaware; :
          :
   Defendant. :

**AFFIDAVIT OF Duc Ngo and Tina Ngo**

UNITED STATE DISTRICT COURT :
        : SS.
DISTRICT OF DELAWARE  :

  The, preceding – indelible truthful – statement(s), in the "Motion to Refrain / stop",

"Motion to Refrain", "Motion For Competent Federal – Bar, Legal Counsel" and "Motion

In the lawful interest of Justice" are true to the best of my knowledge and belief(s); of; Duc

Ngo and Tina Ngo and are in full vehement compliance / Compliance(s), Here-with,/ Here –

under; 28 U.S.C.A. Section 1746.

_____    Dec – 29-06.
Duc Ngo           Date

_____    Dec 29. 06
Tina Ngo           Date

CERTIFICATE OF SERVICE

I hereby certify that two true copies of the the "Motion to Refrain / stop", " Motion to Refrain",  " Motion For Competent Federal – Bar, Legal  Counsel " and " Motion In the lawful interest of Justice" have been  certified mailed this  29 day of December 28, 2006, to counsel for Plaintiff at the following addresses:

United States District of Delaware
Bogg'(s) Federal Bldg.,
845 N. King Street
Lockbox 18
Wilmington, DE 19801 – 3517

Eric C. Howard, Esquire
Wilson, Halbrook & Bayard, P.A.
107 West Market Street
P.O. Box 690
Georgetown, DE 19947
Certified Mail No. 7005 3110 0000 1602 7672

and that counsel and the United States District Court of Delaware has received these two copies by Duc Ngo and Tina Ngo