IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRUCE M. RICKARDS, :
:
    Plaintiff, :
:
v. : Civil Action No. 06-799-JJF
:
EASTERN SHORE CHICKEN FARM :
LLC, a Delaware limited :
liability company, :
:
    Defendant. :

### ORDER

At Wilmington, this 19 day of April, 2007, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1) Plaintiff's Motion To Remand (D.I. 8) is **GRANTED**;

2) All other motions pending before the Court (D.I. 2, 3, 4, 5) are **DENIED** as moot.

*[signature]*
UNITED STATES DISTRICT JUDGE